Mrs. Leola McDONALD and Mrs. Tommie Washington, Plaintiffs-Appellants,

v.

The MARLIN INDEPENDENT SCHOOL DISTRICT, Superintendent Sam Gray, and School Board Members, Defendants-Appellees.

No. 28977.

United States Court of Appeals,
Fifth Circuit.

July 6, 1970.

Weldon H. Berry, Houston, Tex., for appellants.

Minor L. Helm, Jr., Peeler Williams, Jr., Waco, Tex., for appellees.

Before BELL, COLEMAN, and AINSWORTH, Circuit Judges.

PER CURIAM:

Mrs. Leola McDonald and Mrs. Tommie Washington, members of the Negro race, were teachers in the Marlin Independent School District of Falls County, Texas. The School Board did not renew their teaching contracts for the school year 1969–1970. Texas has no teacher tenure law.

The teachers promptly filed suit in the United States District Court, praying that the school authorities be mandatorily required to renew their contracts. The District Court heard the case on its merits. It found that the decision not to rehire the appellants was not racially related and was neither arbitrary nor capricious, 313 F.Supp. 1162 (1970).

We affirm on the published opinion of the District Court.

Affirmed.

UNITED STATES of America

v.

William T. KERRIGAN, Appellant.

No. 17751.

United States Court of Appeals,
Third Circuit.

Argued June 23, 1970.

Decided July 10, 1970.

Frederic C. Ritger, Jr., South Orange, N. J., for appellant.

D. William Subin, Asst. U. S. Atty., Camden, N. J. (Frederick B. Lacey, U. S. Atty., Newark, N. J., on the brief), for appellee.

Before WINTER,* ALDISERT and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

Appellant was convicted of violating 18 U.S.C. § 1010 (making false statements to influence the offering or accepting of a loan by the Federal Housing Administration) and appeals on the grounds that the indictment was defective and the district court committed plain error in its charge.

We have considered each of appellant's contentions and conclude that they are without merit.[1]

The judgment of the district court will be affirmed.

* Circuit Judge of the Court of Appeals for the Fourth Circuit, sitting by designation.

1. The court is indebted to Frederic C. Ritger, Jr., Esq., for the valuable services he rendered in his representation of appellant in these proceedings as court-appointed counsel.